**Order entered April 11, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01587-CR

**EDWARD DERELL HARMON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 2
Dallas County, Texas
Trial Court Cause No. F13-54013-I**

## ORDER

The Court **GRANTS** appellant's April 9, 2014 pro se request for an extension of time to file his response to the *Anders* brief filed by counsel. We **ORDER** appellant to file his pro se response by **JUNE 9, 2014**. If the response is not filed by that date, the appeal will be submitted on the *Anders* brief alone.

We **DIRECT** the Clerk to send a copy of this order, by first-class mail, to Edward Derell Harmon, TDCJ No. 1891908, Polunsky Unit, 3872 F.M. 350, Livingston, Texas 77351.

/s/      LANA MYERS
         JUSTICE